IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____SOUTHERN_____ DIVISION

_Mustafa Hammett_____
(Enter Above the Name of the Plaintiff in this Action)

Case No. 3:23-cv-266

Judge Michael J. Newman
Magistrate Judge Peter B. Silvain Jr.

vs.

_Applebees Corporation_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

**COMPLAINT**

I. Parties to the action:

    Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

    _Mustafa Hammett_____
    Name - Full Name Please - PRINT

    _3815 Park overlook Dr. #109_____
    Street Address

    _Beavercreek OHIO 45431_____
    City, State and Zip Code

    _937 554-5102_____
    Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Applebees Corporation
   Name - Full Name Please
   11201 Renner Blvd Lenexa K.S. C6219
   Address: Street, City, State and Zip Code

2. Applebees Corporote office 450 Brand Blvd Glendale CA 91203

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☑ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I was working at my Job as of November 2021 I was harassed sexual by the GM for months then She promissed me Job promotions and money and help After grooming add groping and we had sex and she moved me in her apartment then she said shes having a House buitl from The ground for 250,000 dallars and help her move in shed pay me after I moved her in She started treating me real bad and demanding then told me IF I ever slept with any of the girls at Applebees she kill me then pulled a black 9mm Taurus with the beam and chased me arround the house two different times I was Scared for my life and still am She was telling peaple at work so I waited To for her go to Las Vegas on a Corparate GM meeting I filled out a lawsuit for $135,000,000 since the She was fired then thats when the targetting started the District Manager told nobody to talk to me and I was sueing applebees noW all the employees treat me bad and have the managers are still harassing me Laughing at me Talking about my case even take me Off the schedual I have only 8 HOURS A Week

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would like to have a JURY trail and pain and Suffering Discrimination Slander Defamation of Charater Sexual Harassement 550,000,000 Dollars

I state under penalty of perjury that the foregoing is true and correct. Executed on this 9 day of 15 , 20 23.

_____
Signature of Plaintiff